ACCEPTED
03-15-00461-CV
6423426
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/10/2015 12:25:31 PM
JEFFREY D. KYLE
CLERK

MICHAEL DEITCH
  mike.d@dhpc-law.com
BRIAN DEITCH
  brian@dhpc-law.com

**THE DEITCH LAW OFFICES**

**A PROFESSIONAL CORPORATION**
800 RIO GRANDE
AUSTIN, TEXAS  78701

TELEPHONE:  512/474-1554
TELECOPIER:  512/474-1579
WEB SITE:  **www.dhpc-law.com**

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/10/2015 12:25:31 PM
JEFFREY D. KYLE
Clerk

our file number
0710-139

August 10, 2015

Clerk, Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas  78711-2547

RE:  Court of Appeals Number: 03-15-00461-CV
     Trial Court Case Number:  D-1-GN-12-000807

Dear Sir,

I represent the Appellee Brown Real Estate Ventures 5.  I believe Appellants filed their notice of appeal prematurely.  I would like to apprise the Court of the following filings in the trial court affecting the timetable to perfect an appeal in this matter.

| | |
|---|---|
| May 28, 2015 | Final Judgment signed |
| June 17, 2015 | Defendants requested Findings of Fact and Conclusions of Law on issue of Judge Naranjo striking jury award of attorney's fees to Defendants |
| June 26, 2015 | Plaintiff filed Motion to Modify and Correct Judgment under TRCP 329b(g) |
| June 26, 2015 | Defendants' filed Motion to Modify, Correct and Reform Judgment Striking Prevailing Defendants' Attorney's Fees under TUFTA |
| June 26, 2015 | Defendants filed notice of appeal |
| July 7, 2015 | Findings of Facts and Conclusions of Law signed by Judge Naranjo |
| August 4, 2015 | Order Denying Plaintiff's Motion to Modify and Correct Judgment under TRCP 329b(g) signed |
| August 4, 2015 | Order Denying Defendants' Motion to Modify, Correct and Reform Judgment Striking Prevailing Defendants' Attorney's Fees under TUFTA signed |
| August 7, 2015 | Court of Appeals' deadline to Appellants to pay filing fee and file docketing statement in letter to Appellants dated July 28, 2015 |

As of this morning, I understand Appellants have not paid the filing fee or filed the docketing statement as required in the Court's letter dated July 28, 2015.  Based on the above filings in the trial court, I calculate the deadline to perfect an appeal to be August 26, 2015.

Thank you for your time and attention to this matter.

Sincerely,

/s/ Michael Deitch

Michael Deitch

MD/lbb
cc:  Client
cc:  M. Matthew Williams
     Hopkins & Williams, PLLC
     12117 Bee Caves Road, Suite 260
     Austin, Texas  78738              Via email to matt@hopkinswilliams.com and